JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID K. GOTTLIEB, as Chapter 7 Trustee for KSL Media, Inc., <br><br> Plaintiff, <br><br> v. <br><br> KALMAN S. LIEBOWITZ, HAROLD COHEN and RUSSELL MEISELS, <br><br> Defendants. | CASE NO. CV 15-02143-AB (GJSx) <br><br> [~~PROPOSED~~] JUDGMENT |

  This action came on for hearing before the Court on April 25, 2016, Hon. André Birotte Jr., District Court Judge presiding, on Defendants' motion for summary judgment. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

  IT IS HEREBY ORDERED AND ADJUDGED THAT the Plaintiff David K. Gottlieb, as Chapter 7 Trustee for KSL Media, Inc. take nothing, that the action shall be dismissed on the merits, that Defendants Kalman S. Liebowitz, Harold Cohen and Russell Meisels shall have Judgment entered in their favor and that

/ /

/ /

/ /

1

JUDGMENT

//

Defendants Kalman S. Liebowitz, Harold Cohen and Russell Meisels are awarded costs in an amount to be determined by the administrator of the Clerk's office.

Dated:  October 25, 2016  _____
                                          Hon. André Birotte, Jr.
                                          United States District Court for the
                                          Central District of California

Submitted by:

**GARTENBERG GELFAND HAYTON LLP**
JOHN W. COTTON (SBN 54912)
AARON C. GUNDZIK (SBN 132137)
jcotton@cgllp.com
agundzik@gghslaw.com
15260 Ventura Blvd., Suite 1920
Sherman Oaks, CA 90017
Telephone: (213) 542-2100
Facsimile:  (213) 542-2101

Attorneys for Defendant KALMAN S. LIEBOWITZ

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
PATRICK M. KELLY (SBN 045426)
CAREY B. MOOREHEAD (SBN 086479)
Patrick.Kelly@wilsonelser.com
Carey.Moorehead@wilsonelser.com
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile:    (213) 443-5101

Attorneys for Defendant HAROLD COHEN

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
WILLIAM JOHN REA, JR. (SBN 82581)
William.Rea@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant RUSSELL MEISELS